IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-00301** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **RAMIL KISMAT** | : | |

# ORDER

AND NOW, this 18th day of August, 2015, upon consideration of the motion (Doc. 148) to vacate, set aside, or correct sentence, filed by defendant Ramil Kismat ("Kismat") pursuant to 28 U.S.C. § 2255, and of the motion (Doc. 165) for the appointment of counsel, and of the motion (Doc. 163) for bail pending disposition of the 28 U.S.C. § 2255 motion (Doc. 148), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Kismat's motion (Doc. 148) to vacate, set aside, or correct sentence is DENIED.

2. Kismat's motion (Doc. 165) for the appointment of counsel is DENIED.

3. Kismat's motion (Doc. 163) for bail pending disposition of the 28 U.S.C. § 2255 is DENIED as moot.

4. The court finds no basis to issue a certificate of appealability. See FED. R. APP. P. 22(b)(1); 28 U.S.C. § 2253.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania