IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:11-CR-00301 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **RAMIL KISMAT** | : | |

# **ORDER**

AND NOW, this 19th day of August, 2015, upon consideration of defendant Ramil Kismat's ("Kismat") motion (Doc. 169) to amend his previously filed motion (Doc. 148) under 28 U.S.C. § 2255, wherein Kismat submits additional argument in support of his claim that trial counsel was ineffective for failing to preserve his eligibility for a two-point offense level reduction based upon acceptance of responsibility, and it appearing that the court dismissed Kismat's § 2255 motion by memorandum (Doc. 167) and order (Doc. 168) dated August 18, 2015, and the court finding that nothing contained in the instant motion would alter the court's analysis of Kismat's aforementioned claim, (see Doc. 167 at 11 n.4), it is hereby ORDERED that the motion (Doc. 169) to amend is DENIED as MOOT.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania